IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL FRANCIS DUNN, III, )<br>)<br>Defendant. ) | Criminal Action No: 4:18cr256 |

## O R D E R

This matter is before the Court on the Motion for Leave of Absence by George R. Asinc, counsel for Defendant, for the dates of August 2 through August 8, 2019. (Doc. 41.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 14th day of May, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA