IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

THE UNITED STATES OF AMERICA,        )
                                     )
                    Plaintiff,       )
v.                                   )        4:18CR256
                                     )
PAUL FRANCIS DUNN, III               )
                                     )
                    Defendant.       )

## O R D E R

Counsel in the above-captioned case have advised the Court that all pretrial motions have

been complied with and/or that all matters raised in the parties' motions have been resolved by

agreement. Therefore, a hearing in this case is deemed unnecessary.  All motions filed on behalf

of the defendant, Paul Francis Dunn, are dismissed.

SO ORDERED, this 3rd day of October 2019.


CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA