# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

## Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Indictment No. CR418-256 |
| ) | |
| PAUL FRANCIS DUNN III, ) | |
| Defendant ) | |

### ORDER GRANTING DEFENDANT'S THIRD MOTION FOR LEAVE OF COURT

The Court **GRANTS** the Defendant's Attorney's Motion for leave of Court for the dates of November 6th - November 8th 2019 for Counsel to attend Arbitrator training in Atlanta, Georgia.

**SO ORDERED** this 15th day of October, 2019.

_____
**Christopher L. Ray**
**United States Magistrate Judge**
**Southern District of Georgia**