# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

## Savannah Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Indictment No. CR418-256 |
| | ) | |
| PAUL FRANCIS DUNN III, | ) | |
| Defendant | ) | |

### ORDER GRANTING DEFENDANT'S FOURTH MOTION FOR LEAVE OF COURT

The Court **GRANTS** the Defendant's Attorney's Motion for leave of Court for the dates of December 9th - December 10th 2019.

**SO ORDERED** this 30th day of October, 2019.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia