UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Savannah Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Indictment No. CR418-256 |
| | ) | |
| PAUL FRANCIS DUNN III, | ) | |
| Defendant | ) | |

### ORDER

The Court **GRANTS** the Defendant's Attorney's Motion for Medical Leave of Court for the dates of December 16th, 2019 - January 2d, 2020.

**SO ORDERED** this 6th day of November, 2019.

*Christopher L. Ray*
Christopher L. Ray
United States Magisrate Judge
Southern District of Georgia