UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO. 4:18-cr-256 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| PAUL FRANCIS DUNN III | ) | |

**ORDER**

Based upon the motion of the Government, and for good cause shown therein, the Government's motion for leave of absence is **GRANTED** for the following dates:

    a)    February 24, 2020 – March 6, 2020

    b)    March 30, 2020 – April 3, 2020

**IT IS FURTHER ORDERED** that should a hearing be set during those dates, a Assistant United States Attorney may handle the matter.

**SO ORDERED**, this 16th day of January, 2020.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia