**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.:   4:18-cr-256 |
| PAUL FRANCIS DUNN, III, | 4:19-cr-193 |
| Defendant. | |

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's June 26, 2020, Report and Recommendation, (4:18-cr-256, doc. 105; 4:19-cr-193, doc. 40), to which no party has filed objections.   Accordingly, the Court **ADOPTS** the Report and Recommendation, as the opinion of the Court.   Therefore, the Court **DENIES** Defendant's Motion to Suppress (4:18-cr-256, doc. 86; 4:19-cr-193, doc. 31).

**SO ORDERED**, this 29th day of October, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA